UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 21-CV-62473-RAR

**RAFAEL STOCKI**,

    Plaintiff,

v.

**LAW OFFICE OF CARLOS A. TRIAY, PA,** *et al.*,

    Defendants.

_____/

## ORDER TO SHOW CAUSE

**THIS CAUSE** comes before the Court upon *sua sponte* review of the record. On February 7, 2022, the Court ordered the parties to select a mediator certified under Local Rule 16.2, as well as schedule a time, date, and place for mediation on or before February 28, 2022 [ECF No. 12]. The date for compliance—February 28, 2022—has passed and, to date, the parties have not scheduled a time, date, and place for mediation. It is therefore

**ORDERED AND ADJUDGED** that on or before **March 8, 2022**, the parties shall comply with the requirements of the February 7th Order or show cause as to why sanctions should not be imposed.

**DONE AND ORDERED** in Fort Lauderdale, Florida this 3rd day of March, 2022.

_____
**RODOLFO A. RUIZ II**
**UNITED STATES DISTRICT JUDGE**