total amount of the current operating budget of the Homeowners' Association in any one fiscal year which are necessary for the addition of capital improvements (as distinguished from repairs and maintenance, including repairs and replacement per Article 11 hereof) relating to the Common Areas and which have not previously been collected as reserves or are not otherwise available to the Homeowners' Association (other than by borrowing). Capital Improvement Assessments may only be levied upon approval of a majority of the Board of Directors and upon approval by the Class B Member (prior to the Turnover Date) and at least two-thirds (2/3) of the Class A Members. The costs of any of the aforesaid work which are less than the above-specified threshold amount shall be collected as General Assessments or Special Assessments upon approval of a majority of the Board of Directors.

7.6     Date of Commencement of General Assessments; Due Dates.  The General Assessments provided for in this Article shall commence on the first day of the month next following the recordation of this Homeowners' Declaration and shall be applicable through December 31 of such year.  Each subsequent General Assessment shall be imposed for the year beginning January 1 and ending December 31.  The General Assessments shall be payable in advance in monthly installments, or in annual, semi- or quarter-annual installments if so determined by the Board of Directors (absent which determination they shall be payable monthly).  The assessment amount (and applicable installments) may be changed at any time by said Board of Directors from that originally stipulated or from any other Assessment that is in the future adopted.  The General Assessment for any year shall be levied for the calendar year (to be reconsidered and amended, if necessary, at any appropriate time during the year), but the amount of any revised General Assessment to be levied during any period shorter than a full calendar year shall be in proportion to the number of months (or other appropriate installments) remaining in such calendar year.  The due date of any Special Assessment or Capital Improvement Assessment shall be fixed in the resolution authorizing such Assessment.

7.7     Duties of the Board of Directors.  The Board of Directors shall fix the date of commencement and the amount of the Assessment against the Townhome Units for each assessment period, to the extent practicable, at least thirty (30) days in advance of such date or period, and shall, at that time, prepare a roster of the Townhome Units and Assessments applicable thereto which shall be kept in the office of the Homeowners' Association and shall be open to inspection by any Owner.  Written notice of the Assessment shall thereupon be sent to every Owner subject thereto twenty (20) days prior to payment of the first installment thereof, except as to Special Assessments.  In the event no such notice of the Assessments for a new assessment period is given, the amount payable shall continue to be the same as the amount payable for the previous period, until changed in the manner provided for herein.  The Homeowners' Association, through the action of its Board of Directors, shall have the power, but not the obligation, to enter into an agreement or agreements from time to time with one or more persons, firms or corporations (including affiliates of Developer) for management services, including the administration of budgets and assessments as herein provided.  The Homeowners' Association shall have all other powers provided in its Homeowners' Documents.  The Homeowners' Association shall have the right to delegate the responsibility for collection of the Assessments to the Community Association.

7.8     Effect of Non-Payment of Assessment; the Personal Obligation; the Lien; Remedies of the Homeowners' Association.  If the Assessments (or installments) provided for herein are not paid on the date(s) when due (being the date(s) specified herein or pursuant hereto), then such Assessments (or installments) shall become delinquent and shall, together with late charges, interest and the cost of collection thereof as hereinafter provided, thereupon become a continuing lien on the Townhome Unit which shall bind such property in the hands of the then Owner, his heirs, personal representatives, successors and assigns.  Except as provided in Section 7.9 to the contrary, the personal obligation of Owner to pay such Assessment shall pass to his successors in title and recourse may be had against either or both.  If any installment of an Assessment is not paid within fifteen (15) days after the due date, at the option of the Homeowners' Association, a late charge not greater than the amount of such unpaid installment may be imposed (provided that only one late charge may be imposed on any one unpaid installment and if such installment is not paid thereafter, it and the late charge shall accrue interest as provided herein but shall not be subject to additional late charges; provided further, however, that each other installment thereafter coming due shall be subject to one late charge each as aforesaid) or the next twelve (12) months' worth of installments may be accelerated and become immediately due and payable in full and all such sums shall bear interest from the dates when due until paid at the highest lawful rate (or, if there is no highest lawful rate, 18% per annum) and the Homeowners' Association may bring an action at law against the Owner(s) personally obligated to pay the same, may record a claim of lien (as evidence of its lien rights as hereinabove provided for) against the Townhome Unit(s) on which the Assessments and late charges are unpaid, may foreclose the lien against the Townhome Unit(s) on

which the Assessments and late charges are unpaid, or may pursue one or more of such remedies at the same time or successively, and attorneys' fees and costs actually incurred in preparing and filing the claim of lien and the complaint, if any, and prosecuting same, in such action shall be added to the amount of such Assessments, late charges and interest secured by the lien, and in the event a judgment is obtained, such judgment shall include all such sums as above provided and attorneys' fees actually incurred together with the costs of the action, through all applicable appellate levels. In the case of an acceleration of the next twelve (12) months' of installments, each installment so accelerated shall be deemed, initially, equal to the amount of the then most current delinquent installment, provided that if any such installment so accelerated would have been greater in amount by reason of a subsequent increase in the applicable budget, the Owner of the Townhome Unit(s) whose installments were so accelerated shall continue to be liable for the balance due by reason of such increase and Special Assessments against such Townhome Unit(s) shall be levied by the Homeowners' Association for such purpose. In addition to the rights of collection of Assessments stated in this Section, any and all Persons acquiring title to or an interest in a Townhome Unit as to which the Assessment is delinquent, including without limitation Persons acquiring title by operation of law and by judicial sales, shall not be entitled to the occupancy of such Townhome Unit or the enjoyment of the Common Areas until such time as all unpaid and delinquent Assessments due and owing from the selling Owner have been fully paid; provided, however, that the provisions of this sentence shall not be applicable to the Institutional First Mortgagees and purchasers contemplated by Section 7.9 below. All Assessments, late charges, interest, penalties, fines, attorney's fees and other sums provided for herein shall accrue to the benefit of the Homeowners' Association.

7.9    Subordination of the Lien. The lien of the Assessments provided for in this Article shall be subordinate to real property tax liens and the lien of any mortgage held by an Institutional First Mortgagee; provided, however, that any such mortgagee when in possession or any receiver, and in the event of a foreclosure, any purchaser at a foreclosure sale, and any such lender acquiring a deed in lieu of foreclosure, and all Persons claiming by, through or under such purchaser or lender, shall hold title subject to the liability and lien of any Assessment coming due after such foreclosure (or conveyance in lieu of foreclosure). Any unpaid Assessment which cannot be collected as a lien against any Townhome Unit(s) by reason of the provisions of this Section shall be deemed to be an Assessment divided equally among, payable by and a lien against all Townhome Unit(s) subject to assessment by the Homeowners' Association, including the Townhome Unit(s) as to which the foreclosure (or conveyance in lieu of foreclosure) took place.

7.10    Developer's Assessments. Notwithstanding anything herein to the contrary, Developer shall have the option, in its sole discretion, to (i) pay Assessments on the Townhome Unit(s) owned by it, or (ii) not pay assessments on any Townhome Unit(s) and in lieu thereof fund any resulting deficit in the Homeowners' Association's operating expenses not produced by Assessments receivable from Owners other than Developer and any other income receivable by the Homeowners' Association. The deficit to be paid under option (ii), above, shall be the difference between (a) actual operating expenses of the Homeowners' Association (exclusive of capital improvement costs and reserves) and (b) the sum of all monies receivable by the Homeowners' Association (including, without limitation, Assessments, interest, late charges, fines and incidental income) and any surplus carried forward from the preceding year(s). Developer may from time to time change the option under which Developer is making payments to the Homeowners' Association by written notice to such effect to the Homeowners' Association. When all Townhome Units within the Property are sold and conveyed to purchasers, neither Developer nor its affiliates shall have further liability of any kind to the Homeowners' Association for the payment of Assessments, deficits or contributions.

7.11    Homeowners' Association Funds. The portion of all General Assessments collected by the Homeowners' Association for reserves for future expenses, and the entire amount of all Special Assessments and Capital Improvement Assessments, shall be held by the Homeowners' Association and may be invested in interest bearing accounts or in certificates of deposit or other like instruments or accounts available at banks or savings and loan institutions, the deposits of which are insured by an agency of the United States.